SCWC-13-0003085

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

KURT BOSSHARD, Trustee of the unrecorded
Kurt Bosshard Trust, dated September 9, 1999,
Petitioner/Plaintiff-Counterclaim-Defendant-Appellant,

vs.

THE THREE STOOGES, LLC, a Hawaiʻi Limited
Liability Company; GREG L. ALLEN, SR.,
individually, and GREG L. ALLEN, JR., individually,
Respondents/Defendants-Counterclaimants-Appellees,

and

ALLEN FAMILY, LLC, an Arizona Limited Liability Company,
Respondent/Defendant-Counterclaimant, Cross-Claimant-Appellee,

and

MOLOAʻA BAY VENTURES, LLC, a Hawaiʻi Limited Liability Company,
Respondent/Defendant-Counterclaimant, Cross-Defendant-Appellee,

and

WALLACE G. REZENTES, JR., in his official capacity as Director of
Finance, County of Kauaʻi, Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003085; CIV. NO. 12-1-0234)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Counterclaim-Defendant-Appellant

Kurt Bosshard's application for writ of certiorari filed on

June 11, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 22, 2015.

Harold Bronstein
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2